Date signed May 15, 2012



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

_____
In re:                                                *
                                                          *
GIANPAOLO A. POLIGNANO         *     Ch. 7 Case No. 12-16780-PM
                                                          *
                        Debtor                  *
_____ *

**MEMORANDUM TO DEBTOR REGARDING DEFICIENCY NOTICES ISSUED
ON DEBTOR'S SCHEDULES AND MASTER MAILING MATRIX**

The court draws Debtor's attention to the Deficiency Notices issued by the Clerk of Court regarding (1) Debtor's failure to file a Declaration with his schedules and (2) Debtor's failure to serve the notice of meeting of creditors on those listed in Debtor's Creditor Matrix. The court urges Debtor to consult the court's website at <http://www.mdb.uscourts.gov/home.aspx> for assistance in curing these deficiencies, particularly the "Forms" section, where Debtor can find the Declaration form that must be filed as to his schedules, as well as information for filing a Certificate of Service. The court also notes that Debtor's filed schedules appear to be almost entirely blank. The court urges Debtor promptly to comply with the Deficiency Notices and to contact the Debtor Assistance Project by calling 410-962-3813 or sending an email to probono@mdb.uscourts.gov, in order to successfully address required procedures for his bankruptcy case.

Cc:     Debtor
           Michael G. Wolff, Chapter 7 Trustee

**END OF MEMORANDUM**